```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :  1:19-mag-09672
     -against-                        :  ORDER
                                      :
Rami Dewidar                          :
                                      :
         Defendant                    :
                                      :
-------------------------------------X
```

Sarah L. Cave, United States Magistrate Judge:

ORDERED that the defendant's bail be modified to include mental health evaluation and treatment as directed by Pretrial Services.

Dated: New York, New York
       February 25, 2020

SO ORDERED

_____
Sarah L. Cave
United States Magistrate Judge