UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
:
UNITED STATES OF AMERICA
: 19-mag-09672
:
-against- : ORDER
:
Rami Dewidar
:
Defendant
:
-------------------------------------X

**Ona T. Wang, United States Magistrate Judge:**

It is hereby **ORDERED** that the defendant, Rami Dewidar (SSN 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; DOB 08/15/1995), participate and successfully complete 28 days of detoxification and rehabilitation services at Cornerstone of Medical Arts located at 159-05 Union Turnpike, Fresh Meadows, New York 11366, beginning on 03/09/2020.

Dated: New York, New York
March 9, 2020

SO ORDERED:

_____
Ona T. Wang
United States Magistrate Judge